**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22507-CIV-ALTONAGA/REID**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **AIMA BUSINESS AND MEDICAL SUPPORT,** | ) |
| **LLC** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Defendant AIMA Business and Medical Support, LLC ("AIMA"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, hereby files its Corporate Disclosure Statement and Certificate of Interested Persons.

AIMA affirms that it has no parent company, subsidiaries, conglomerates, affiliates, or publicly held corporations owning 10% or more of its stock.  AIMA is a Florida limited liability company.

AIMA identifies the following interested parties:

1.     AIMA Business and Medical Support, LLC

2.     United States of America

3.     Counsel for all parties involved in this litigation.

Dated:  July 25, 2025.

Respectfully submitted,

*/s/ Jason P. Mehta*
Jason P. Mehta (FBN 106110)
**FOLEY & LARDNER LLP**
100 N. Tampa Street, Suite 2700
Tampa, FL 33602
Telephone: (813) 229-2300
Facsimile: (813) 221-4210
Primary email: jmehta@foley.com
Secondary email: dmills@foley.com

*Counsel for AIMA Business and Medical Support, LLC*