**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22507-CIV-ALTONAGA/REID**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
AIMA BUSINESS AND MEDICAL SUPPORT, LLC, )
)
Defendant. )
)

## JOINT NOTICE OF SETTLEMENT

The parties, through their undersigned counsel, hereby notify the Court pursuant to Local Rule 16.4 that the parties have amicably settled this case. Completion of the settlement terms is expected within the next sixty (60) days. The parties respectfully request that the Court enter an order staying the matter for 60 days, with the parties updating the Court as soon as a settlement is finalized.

Dated: March 2, 2026.

Respectfully submitted,

_*/s/ David Werner*____________________
David Werner (FBN: 113436)
Assistant United States Attorney
99 N.E. 4th Street
Miami, Florida 33132
Telephone: (786) 439-3194
Facsimile: (305) 530-7139
Email: David.Werner@usdoj.gov

*Counsel for United States of America*

*/s/ Jason P. Mehta*___________________
Jason P. Mehta (FBN: 106110)
FOLEY & LARDNER LLP
100 N. Tampa Street, Suite 2700
Tampa, FL 33602
Telephone: (813) 229-2300
Facsimile: (813) 221-4210
Primary email: jmehta@foley.com
Secondary email: dmills@foley.com

Lea Gulotta James (admitted pro hac vice)
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, Massachusetts 02199
Telephone: (617) 342-4001
Facsimile: (617) 342-4000
Primary email: ljames@foley.com

*Counsel for AIMA Business and Medical Support, LLC*