**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22507-CIV-ALTONAGA/REID**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
AIMA BUSINESS AND MEDICAL )
SUPPORT, LLC, )
)
Defendant. )
)

**JOINT MOTION TO EXTEND STAY OF PROCEEDINGS**

Plaintiff, the United States of America and Defendant, AIMA Business and Medical Support, LLC (collectively, the "Parties"), pursuant to the Order Administratively Closing Case (ECF No. 25), jointly move to extend the stay currently in place for an additional thirty (30) days, through June 3, 2026, to give the parties opportunity to finalize arrangements related to potential settlement.

On March 2, 2026, the Parties filed a Joint Notice of Settlement (ECF No. 24). The Parties sought a stay of all deadlines, including discovery, for sixty (60) days in order to focus their resources on settlement. On March 3, 2026, the Court administratively closed the case without prejudice to the parties to file a stipulation of dismissal within sixty (60) days.

The Parties have spent this time working diligently on settlement and have reached an agreement in principle. The Parties continue to negotiate the specifics of a settlement agreement and therefore request the current stay in this matter be extended by thirty (30) days. Accordingly, the Parties respectfully request that this Court extend the stay of all deadlines until **June 3, 2026**. Prior to that date, the parties will update the Court on the status of the proceedings or, if

appropriate, file a stipulated dismissal.

Dated: May 4, 2026.

Respectfully submitted,

_*/s/ Matthew J. Feeley*_______________
Matthew J. Feeley (FBN: 0012908)
Assistant United States Attorney
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
Telephone: (786) 439-3194
Facsimile: (305) 530-7139
Email: Matthew.Feeley@usdoj.gov

*Counsel for United States of America*

*/s/ Jason P. Mehta*___________________
Jason P. Mehta (FBN: 106110)
FOLEY & LARDNER LLP
100 N. Tampa Street, Suite 2700
Tampa, FL 33602
Telephone: (813) 229-2300
Facsimile: (813) 221-4210
Primary email: jmehta@foley.com
Secondary email: dmills@foley.com

Lea Gulotta James (admitted pro hac vice)
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, Massachusetts 02199
Telephone: (617) 342-4001
Facsimile: (617) 342-4000
Primary email: ljames@foley.com

*Counsel for AIMA Business and Medical Support, LLC*