**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22507-CIV-ALTONAGA/REID**

UNITED STATES OF AMERICA,

Plaintiff,

v.

AIMA BUSINESS AND MEDICAL SUPPORT, LLC,

Defendant.

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND STAY OF PROCEEDINGS**

**THIS CAUSE** is before the Court on the parties' Joint Motion to Extend Stay of Proceedings. The Court finds that the parties have demonstrated good cause to extend the stay of all case deadlines so the parties may continue engaging in settlement negotiations. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that

1. The Joint Motion to Extend Stay of Proceedings is **GRANTED**.
2. All case deadlines, including all discovery deadlines between the parties, are hereby stayed until **June 3, 2026**.
3. If the parties do not seek to extend the stay or file dismissal documents with the Court by June 3, 2026, then the stay will be automatically lifted. In that event, the Parties shall appear for a case management conference before the Court.

**DONE AND ORDERED** in Miami, Florida, this _____ day of May, 2026.

______________________________________
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc: counsel of record