**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22507-CIV-ALTONAGA/Reid**

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**AIMA BUSINESS AND MEDICAL SUPPORT, LLC**,

Defendant.

____________________________________/

# ORDER

**THIS CAUSE** came before the Court upon the parties' Joint Motion to Extend Stay of Proceedings [ECF No. 27], filed on May 4, 2026.

Being fully advised, it is

**ORDERED AND ADJUDGED** that the parties' Motion **[ECF No. 27]** is **GRANTED**. The parties have until **June 3, 2026** to file their joint stipulation of dismissal.

**DONE AND ORDERED** in Miami, Florida, this 5th day of May, 2026.

Cecilia M. Altonaga
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record