**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22507-CIV-ALTONAGA/REID**

UNITED STATES OF AMERICA,

Plaintiff,

v.

AIMA BUSINESS AND MEDICAL SUPPORT, LLC,

Defendant.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. 41(a)(1)(A)(ii) and the Court's Order Granting the Joint Motion to Extend Stay of Proceedings [ECF No. 28], Plaintiff United States of American and Defendant AIMA Business and Medical Support, LLC, by and through their undersigned counsel, hereby jointly stipulate to the dismissal of this action with prejudice, with each party to bear its own fees and costs.

Dated: June 2, 2026.

Respectfully submitted,

*/s/ Matthew Feeley*
Matthew Feeley (FBN: 12908)
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office, Southern District of Florida
99 N.E. 4th Street
Miami, Florida 33132
Telephone: (305) 961-9235
Facsimile: (305) 530-7139
Email: Matthew.Feeley@usdoj.gov

*Counsel for United States of America*

*/s/ Jason P. Mehta*
Jason P. Mehta (FBN: 106110)
FOLEY & LARDNER LLP
100 N. Tampa Street, Suite 2700
Tampa, FL 33602
Telephone: (813) 229-2300
Facsimile: (813) 221-4210
Primary email: jmehta@foley.com
Secondary email: dmills@foley.com

Lea Gulotta James (admitted pro hac vice)
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, Massachusetts 02199
Telephone: (617) 342-4001
Facsimile: (617) 342-4000
Primary email: ljames@foley.com

*Counsel for AIMA Business and Medical Support, LLC*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

I certify that on June 1, 2026, I conferred via e-mail with counsel for Plaintiffs and provided them with a draft copy of this stipulation for review and approval. Plaintiffs consent to the filing.

*/s/ Jason P. Mehta*___